**DISMISS and Opinion Filed June 29, 2022**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00062-CV**
_____

**K. WARD ENTERPRISES, INC., KENNETH M. MIDDLETON, JASON R. MIDDLETON, AND ELAINE W. MIDDLETON, Appellants**
**V.**
**JOHN HOWARD STAPLES, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-03632-E**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Garcia

After appellants failed to timely file their brief, we directed appellants by postcard dated May 19, 2022 to file their brief within ten days and cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellants have not filed their brief or otherwise corresponded with the Court regarding the status of appellants' brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Dennise Garcia/
DENNISE GARCIA
JUSTICE


220062F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

K. WARD ENTERPRISES, INC.,
KENNETH M. MIDDLETON,
JASON R. MIDDLETON, AND
ELAINE W. MIDDLETON,
Appellants

No. 05-22-00062-CV      V.

JOHN HOWARD STAPLES,
Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-20-03632-
E.
Opinion delivered by Justice Garcia.
Justices Molberg and Reichek
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

It is **ORDERED** that appellee JOHN HOWARD STAPLES recover his
costs of this appeal from appellants K. WARD ENTERPRISES, INC., KENNETH
M. MIDDLETON, JASON R. MIDDLETON, AND ELAINE W. MIDDLETON.

Judgment entered June 29, 2022